IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| CHERYL L. BALLMER, | ) | CASE NO. 3:14-CV-2538 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | KATHLEEN BURKE |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) | |
| | ) | **MEMORANDUM** |
| Defendant. | ) | **OPINION AND ORDER** |

On May 18, 2015, Defendant filed a Joint Motion to Remand, signed by both parties, to remand under Sentence Four of the Social Security Act, 42 U.S.C. § 405(g).  Doc. 18.  The parties stipulate that:

> On remand, the Administrative Law Judge will reassess the Plaintiff's residual functional capacity; and, if necessary, at step five, obtain supplemental evidence from a vocational expert to clarify the effect of the reassessed limitations on the claimant's occupational base.

Doc. 18.

Upon consideration, the Court hereby **GRANTS** the parties' Joint Motion, enters judgment reversing the Commissioner's decision and remands the case for further proceedings consistent with the parties' Joint Motion.

Dated: May 21, 2015

_____
Kathleen B. Burke
United States Magistrate Judge